EDWARD BROUGHTON, APPELLANT, vs. JOSEPH CROSBY, APPELLEE.

1. It is not error in the Circuit Court to refuse to order a plaintiff to read on the trial depositions taken by him, though said depositions are on file and have been opened.

2. The *defendant may* read such depositions as testimony on his own behalf, if he desires it.

This case was decided at Marianna.

Appeal from Escambia Circuit Court.

The appellee instituted an action of *indebitatus assumpsit* against the appellant in the Court below.

The defendant pleaded *non assumpsit* and payment. A trial was had and a verdict rendered in favor of the plaintiff for one thousand dollars, on which judgment was entered.

At the trial, the defendant moved the Court to order the plaintiff to read to the jury the depositions of witnesses taken by him, which motion was refused and the defendant excepted.

*D. Jordan* and *McClellan & Barnes* for appellant.

*R. L. Campbell* for appellee.

DuPONT, C. J., delivered the opinion of the Court.

The only error assigned in this case is that "the Court erred in not ordering the plaintiff below to read the depositions taken by him, on the trial." We think it very clear that the Court would have no more right to order a plaintiff to read on the trial depositions taken by him, though crossed by defendant and on file and opened by plaintiff, than it would have to order him to examine a witness whom he had brought into court by subpœna. The defendant would have the right to read such a deposition as testimony on his own behalf, or to examine such a witness as his own, but certainly he would have no right to compel the plaintiff to read the one or to introduce and examine the other.

Counsel for appellee moves for damages as in case of a frivolous appeal, but as it has not been made to "appear to us that this appeal has been taken merely for delay," (Thompson's Dig., 449,) damages are refused.

Let the judgment of the Court below be affirmed with costs.